USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                    Plaintiff,

-against-

Private Protective Services, Inc.,

                    Defendant.

1:19-cv-10004 (JPO) (SDA)

**AMENDED ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated November 1, 2019, and then again by Order dated March 11, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (ECF No. 4, 15). On January 10, 2020, the service documents which were sent to Defendant Private Protective Services were returned to the Court as undeliverable due to an "insufficient address." (Process Receipt and Return, ECF No. 10.) To date, Defendant has not been served in this action.

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant using the following address: Private Protective Services, Inc., 85 Broad St., Suite 27-133, New York, NY 10004. The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Complaint (ECF No. 1)—for the Marshals Service to effect service of the entire pleading upon the Defendant.

The Clerk of Court shall mail a copy of this Order to Plaintiff.

**SO ORDERED.**

DATED: New York, New York
March 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge