UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                      Plaintiff,

-against-

Private Protective Services, Inc.,

                      Defendant.

1:19-cv-10004 (JPO) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2021

**STEWART D. AARON, United States Magistrate Judge:**

The parties (or, if Defendant has not appeared in the case, only Plaintiff) are directed to appear for a telephone conference on Friday, May 21, 2021, at 10:00 a.m. EDT to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:     New York, New York
             May 13, 2021

_____
STEWART D. AARON
United States Magistrate Judge