UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                Plaintiff,

-against-

Private Protective Services, Inc.,

                Defendant.



1:19-cv-10004 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference on May 21, 2021, at which only Plaintiff appeared, it is hereby ORDERED, as follows:

No later than Friday, June 25, 2021, Plaintiff shall (1) file his motion for default judgment, his affirmation and memorandum of law in support thereof and his affirmation of service thereof; and (2) serve copies of those documents on Defendant by mailing them to the following addresses:

    Private Protection Services Inc.
    21300 Oxnard St
    Suite #243
    Woodland Hills, CA 91367

    Private Protection Services Inc.
    Attn: Christian Nguyen
    85 Broad St
    Suite 27-133
    New York, NY 10004

Plaintiff is advised that templates for the motion, affirmation and affirmation of service may be found at https://www.nyed.uscourts.gov/sites/default/files/forms/defaultjgm.pdf (at pages 5-8). Plaintiff is further advised that there is a legal clinic in this District to assist people

who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court). An unrepresented party can make an appointment with NYLAG by following the directions at https://nylag.org/gethelp/ (after clicking on "Legal Services for Litigants Representing Themselves in Federal Court") or by calling 212-659-6190.[1]

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

DATED:	New York, New York
	May 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Plaintiff is cautioned not to focus his request for damages on his claim under Title II of the Civil Rights Act of 1964, as damages are not available under that Title. *See, e.g.*, *Alexander v. JP Morgan Chase Bank, N.A.*, No. 19-CV-10811 (OTW), 2021 WL 1061833, at *3 (S.D.N.Y. Mar. 18, 2021) ("When a plaintiff brings a Title II action, 'he cannot recover damages[.]'" (quoting *Newman v. Piggie Park Enters., Inc.*, 390 U.S. 400, 401-02 (1968))).