```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                              Plaintiff,

-against-

Private Protective Services, Inc.,

                              Defendant.

1:19-cv-10004 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court has received Plaintiff's Motion for a Default Judgment (ECF No. 37) and Defendant's Motion to Set Aside Default (ECF No. 44).

      The *pro se* Plaintiff is encouraged to consider whether he wishes to consent to Defendant's motion and withdraw his own, thereby permitting this case to proceed expeditiously on the merits. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 174 (2d Cir. 2001) ("It is well established that default judgments are disfavored. A clear preference exists for cases to be adjudicated on the merits.").

      Plaintiff is advised that there is a legal clinic in this District that provides assistance, free of charge, to people who are parties in civil cases and do not have lawyers. The clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court. An unrepresented party can make an appointment with NYLAG by following the directions at https://nylag.org/gethelp/ (after clicking on "Legal Services for Litigants Representing Themselves in Federal Court") or by calling 212-659-6190.

No later than Friday, August 13, 2021, Plaintiff shall file either (a) a letter indicating consent to Defendant's Motion to Set Aside Default and withdrawal of his Motion for Default Judgment or (b) an opposition to Defendant's motion. If Plaintiff opposes Defendant's motion, then Defendant shall file any reply no later than Friday, August 20, 2021.

**SO ORDERED.**

Dated:    New York, New York
          July 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge