UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/4/2021
```

Jeriel Alexander,

                Plaintiff,

-against-

Private Protective Services, Inc.,

                Defendant.

1:19-cv-10004 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

On Friday, September 13, 2021, Defendant filed a motion to dismiss and for attorney's fees. (ECF No. 55.) Pursuant to Local Civil Rule 6.1(b), any opposition from Plaintiff was due fourteen days later, by Friday, September 27, 2021. To date, no opposing papers have been filed to the ECF docket.

The *pro se* Plaintiff shall submit any opposing papers to the Court by Monday, October 11, 2021, or else the Court will deem Defendant's motion unopposed. If Plaintiff submits opposing papers to the Court by Monday, October 11, 2021, then Defendant shall file any reply papers by no later than seven days after Plaintiff's opposing papers are filed to the ECF docket.

**SO ORDERED.**

Dated:  October 4, 2021
         New York, New York

_____
**STEWART D. AARON**
**United States Magistrate Judge**