USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                            Plaintiff,

      -against-

Private Protective Services, Inc.,

                          Defendant.

1:19-cv-10004 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following Judge Oetken's Order, dated May 18, 2022 (ECF No. 70), adopting the Report and Recommendation entered by the undersigned at ECF No. 64, it is hereby ORDERED as follows:

1. No later than June 1, 2022, Defendant shall file its submissions in support of the reasonable attorneys' fees it incurred in connection with its motion to dismiss, including contemporaneous time records and proof regarding hourly rates and biographical information regarding the timekeepers who billed time in connection with the motion to dismiss. No later than June 15, 2022, Plaintiff shall file any opposition to Defendant's submissions.

2. Plaintiff's Amended Complaint filed at ECF No. 61-1 is deemed to be the operative pleading in this action, insofar as it asserts a claim under the New York City Human Rights Law. No later than June 1, 2022, Defendant shall file its Answer to such complaint.

3. No later than June 15, 2022, the parties shall file a proposed case management plan using the form available at: https://tinyurl.com/5exdsm5a.

**SO ORDERED.**

Dated:     New York, New York
            May 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge