USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                Plaintiff,

   -against-

Private Protective Services, Inc.,

                Defendant.

1:19-cv-10004 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

   It is hereby ORDERED, as follows:

1. All discovery in this case (including depositions and document production) shall be completed by September 5, 2022.

2. On July 15, 2022, the parties shall file a joint letter regarding the status of discovery.

3. Any extension of the discovery deadline will be granted only for good cause shown.

**SO ORDERED.**

Dated:    New York, New York
            June 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge