UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERIEL ALEXANDER,

                  Plaintiff,

          -v-

PRIVATE PROTECTIVE SERVICES, INC.,

                  Defendant.

19-CV-10004 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 31, 2022, the Court issued an order adopting Magistrate Judge Aaron's Report and Recommendation and awarding $16,760.00 in attorney fees to Defendant.

The Court hereby orders Plaintiff to make full payment of the attorney fees by December 31, 2022. If Plaintiff fails to do, he may be subject to further sanctions.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* party.

SO ORDERED.

Dated: November 10, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge