UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERIEL ALEXANDER,

                       Plaintiff,

        -v-

PRIVATE PROTECTIVE SERVICES, INC.,

                       Defendant.

19-CV-10004 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Because a separate claim remains in the case, the Court has determined that it was premature to enter judgment on the attorney's fee award against Plaintiff Jeriel Alexander. Accordingly, the Court's November 15, 2022 Judgment (Dkt. No.108) is hereby vacated pending further resolution of this action.

    The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

    SO ORDERED.

Dated: November 15, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge