# KASOWITZ BENSON TORRES LLP

<table>
<tr><td>Howard L. Bressler<br>Direct Dial: (212) 506-1704<br>Direct Fax: (212) 835-5004<br>HBressler@kasowitz.com</td><td align="center">1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>Fax: (212) 506-1800</td><td>Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC</td></tr>
</table>

March 24, 2023

**BY ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2023

    **Re: Jeriel Alexander v. Private Protective Services, Inc., Index No. 1:19-CV-10004 (JPO)(SDA)**

Dear Judge Aaron:

    We represent defendant Private Protective Services, Inc. ("PPS") in the above-captioned case. Pursuant to the Court's Individual Practice Rule I.D, we submit this letter in connection with the Court's March 22, 2023 Order, *inter alia*, setting April 7, 2023 as the deadline for PPS to file a motion for summary judgment.

    The Court's deadline falls on the Passover holiday, when I will be out of town and offline. Sondra Grigsby, the partner in our firm working on this action, will also be out of town the first two weeks of April attending to a family health issue. In addition, PPS's counsel has several competing obligations in connection an appeal and an upcoming trial (scheduled for April 24) in matters pending in the Texas Federal Courts that will hamper counsel's ability to prepare and file a summary judgment motion herein by the deadline set by the Court. Accordingly, PPS respectfully requests that the Court reset the deadline for PPS's motion for summary judgment to May 8, 2023. This is PPS's first request for an extension of this deadline.

    PPS has contacted plaintiff Jeriel Alexander to determine if he will consent to the extension requested herein, but has received no response.

    Thank you for your consideration and attention to this matter.

                                                             Sincerely,

                                                            */s/ Howard L. Bressler*

KASOWITZ BENSON TORRES LLP

Hon. Stewart D. Aaron
March 24, 2023
Page 2

cc:   Jeriel Alexander *Pro Se* (by ECF)
      Sondra D. Grigsby
      Julianne Laporte
      Ryan Madden

ENDORSEMENT: Application GRANTED. SO ORDERED.
Dated: March 30, 2023

*[signature: Stewart D. Aaron]*

2