```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeriel Alexander,

                              Plaintiff,

-against-

Private Protective Services, Inc.,

                              Defendant.

1:19-cv-10004 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

No later than July 5, 2023, Plaintiff may file a sur-reply (not to exceed five pages), limited to the arguments raised in Argument Section B.1 of Defendant's Reply Memorandum, entitled "The Andrews Affidavit And The Vargas Texts Should Be Disregarded." (ECF No. 148, at pp. 4-11.)

SO ORDERED.

Dated:  June 21, 2023
          New York, New York

_____
STEWART D. AARON
United States Magistrate Judge