**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JERIEL ALEXANDER,

                Plaintiff,                      19 **CIVIL** 10004 (JPO)

       -against-                            **JUDGMENT**

PRIVATE PROTECTIVE SERVICES, INC.,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 04, 2024 the Report and Recommendation is hereby ADOPTED and Alexander's objections are OVERRULED. Defendant Private Protective Services, Inc.'s motion for summary judgment is GRANTED. Plaintiff Jeriel Alexander's applications for the recusal of Magistrate Judge Aaron are DENIED. Judgment is entered in favor of Defendant Private Protective Services, Inc. and against Plaintiff Alexander in the amount of $16,760.00 in attorney's fees; accordingly, case is closed.

**Dated:** New York, New York

      March 04, 2024

                                                **RUBY J. KRAJICK**

                                                   Clerk of Court

                   **BY:**

                                                   **Deputy Clerk**