UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERIEL ALEXANDER,

                  Plaintiff,

      -v-

PRIVATE PROTECTIVE SERVICES,
INC.,

                  Defendant.

19-CV-10004 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Jeriel Alexander, proceeding *pro se*, appealed this Court's Opinion and Order issued on March 4, 2024, which entered judgment in favor of Private Protective Services ("PPS") and granted PPS's motion for attorney's fees. (*See* ECF No. 161 at 7; ECF No. 163.) In a summary order issued on November 4, 2025, the Second Circuit affirmed the award of summary judgment to PPS on Alexander's claim under the New York City Human Rights Laws and the dismissal of Alexander's claim under 42 U.S.C. § 1981. (ECF No. 167 at 4.) However, the Second Circuit vacated the grant of attorney's fees to PPS. (*Id.* at 4-6.)

Accordingly, the judgment at ECF No. 162 is hereby VACATED to the extent that it awarded attorney's fees to PPS.

      SO ORDERED.

Dated: February 13, 2026
       New York, New York

                                    J. PAUL OETKEN
                            United States District Judge